# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LACEY LUPO,

      Plaintiff,

      v.                         Case No.:  6:25-cv-02170-JSS-LHP

TRACTOR SUPPLY COMPANY,
SACATE PELLET MILLS, INC.,

      Defendants.

---

## ORDER

Before the Court is Plaintiff's Motion to Compel Discovery Against Tractor Supply Company ("Tractor Supply"). Doc. No. 60. In sum, Plaintiff served its First Request for Production of Documents ("RFPs") on Tractor Supply on March 12, 2026, prior to the opening of discovery. Doc. No. 60-1. Pursuant to Federal Rule of Civil Procedure 26(d)(2)(B), these requests were deemed served on April 6, 2026, *see* Doc. No. 49, and the deadline for Tractor Supply to respond was May 6, 2026. *See* Fed. R. Civ. P. 34(b)(2)(a). Plaintiff granted Tractor Supply multiple extensions, up to and including June 10, 2026, but Tractor Supply has to date failed to serve any responses, lodge any objections, or produce any documents or electronically stored information. Doc. No. 60, at 2. So, Plaintiff seeks to compel responses to her requests, as well as an award of fees for filing the motion. *Id.* at 3.

-1-

Tractor Supply has not responded to this motion, and the time for doing so has expired. *See* Doc. No. 55 ¶ 5 (providing that opposition briefing to a discovery motion must be filed no later than five days after the motion). Accordingly, the Court deems the motion to be unopposed in all respects. *See id.* (stating that failure to file a timely response will result in the discovery motion being deemed unopposed); *see also Weaver v. Green Sols. of Fla. LLC*, No. 6:23-cv-2059-CEM-LHP, 2024 WL 4275221, at *1 (M.D. Fla. Sept. 24, 2024) (granting motion to compel as unopposed when opposing party failed to file a timely response in accordance with Standing Discovery Order); *Westchester Surplus Lines Ins. Co. v. Paramount Disaster Recovery, LLC*, No. 6:18-cv-1738-Orl-37DCI, 2019 WL 5294804, at *1 (M.D. Fla. Apr. 19, 2019) ("The Court routinely grants motions as unopposed where the opposing parties have not filed a response in opposition to the motion."); *Bercini v. City of Orlando*, No. 6:15-cv-1921-Orl-41TBS, 2016 WL 11448993, at *2 (M.D. Fla. Sept. 28, 2016) (granting in full unopposed motion to compel); *Daisy, Inc. v. Pollo Operations, Inc.*, No. 2:14-cv-564-FtM-38CM, 2015 WL 2342951, at *1 (M.D. Fla. May 14, 2015) (when defendant did not respond court could consider motion to compel unopposed).

Upon review of the motion, and the related discovery attached, the Court finds the motion well taken as to the requested discovery, particularly in light of the lack of a response. However, the Court does not find, in this one instance, that

sanctions are warranted, and therefore Plaintiff's motion will be denied in this regard.  *See* Fed. R. Civ. P. 37(a)(5)(A)(iii).

Accordingly, it is **ORDERED** as follows:

1.      Plaintiff's Motion to Compel Discovery Against Tractor Supply Company ("Tractor Supply") (Doc. No. 60) is **GRANTED in part**.

2.      Within **twenty-one (21) days** of the date of this Order, Tractor Supply shall serve on Plaintiff complete responses to Plaintiff's First Request for Production of Documents to Defendant, Tractor Supply Company, along with production of all documents in its possession, custody, or control, including any ESI discovery, responsive to Plaintiff's First Request for Production.  *See* Doc. No. 60-1.

3.      All objections to the discovery at issue, other than attorney client privilege, have been waived by the failure to timely respond to the motion to compel.  *See, e.g., Jackson v. Geometrica, Inc.*, No. 3:04-cv-640-J-20HTS, 2006 WL 213860, at *1 (M.D. Fla. Jan. 27, 2006) (objections not addressed in response to a motion to compel are deemed abandoned); *Bercini*, 2016 WL 11448993, at *2 (same).

4.      Plaintiff's motion (Doc. No. 60) is **DENIED** in all other respects.

5.      **Failure to comply with this Order may result in sanctions.  *See* Fed. R. Civ. P. 37(b).**

**DONE** and **ORDERED** in Orlando, Florida on June 30, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-4-